UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CR-390 (CEJ) |
| ) | |
| MICHAEL CHANEY, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Shirley Padmore Mensah for determination and recommended disposition, where appropriate. On June 1, 2016, Judge Mensah issued a Report and Recommendation with respect to the motions of defendant Michael Chaney to suppress evidence and to suppress statements. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah [Doc. # 206] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the defendant's motion to to suppress evidence [Doc. # 92] and motion to suppress statements [Doc. # 93] are **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2016.